No. 01–8678.  FIELDS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–8696.  JEAN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–9153.  GREEN v. NEWELL ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 01–9199.  THOMPSON v. HALEY, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 01–9228.  HALL v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 01–9246.  HERNANDEZ-PESINA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–9339.  NEW v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 01–9422.  TAYLOR v. VETERANS ADMINISTRATION MEDICAL CENTER ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01–9696.  VALENTINE v. FRANCIS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 01–9709.  DINSIO v. NEW YORK; and
No. 01–9710.  DINSIO v. NEW YORK.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 01–9715.  IN RE BRANDON LEE B.; and
No. 01–9724.  CARRIE Q. B. v. WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES ET AL.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 01–9719.  RICHARDSON v. LOWE ET AL.  Ct. App. La., 2d Cir.  Certiorari denied.

No. 01–9730.  BARROW v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.